UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Javier L. Merino
DannLaw
1 Meadowlands Plaza, #200
East Rutherford, NJ 07073
201-355-3440
216-373-0536 - fax
notices@dannlaw.com

In Re:

John Boyle

**Order Filed on December 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:     17-26068

Chapter:        13

Judge:         CMG

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 15, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 11, 2017___ :

Property:    71 Mallard Road, Bayville, NJ 08701

Creditor:    PNC Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Attorney for Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___3/16/18___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26068-CMG
John J. Boyle                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin           Page 1 of 1          Date Rcvd: Dec 15, 2017
                        Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.
db              +John J. Boyle,    71 Mallard Road,    Bayville, NJ 08721-1949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:
    Albert   Russo    docs@russotrustee.com
    Christian   Del Toro    on behalf of Creditor    PNC BANK, N.A. cdeltoro@martonelaw.com,
     mrozea@leopoldassociates.com;bky@martonelaw.com
    Frank J Martone    on behalf of Loss Mitigation    PNC Bank bky@martonelaw.com
    Frank J Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
    Javier L. Merino    on behalf of Debtor John J. Boyle jmerino@dannlaw.com,
     notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;brittany@dannlaw.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6