UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

John J. Boyle

Debtor(s)

Case No. 17-26068 / CMG

Hearing Date: January 3, 2018  10:00 am

Judge: Christine M. Gravelle

Chapter: 13

## TRUSTEE'S SUPPLEMENTAL OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to provide proof of service with respect to Plan Motion(s).
Service on motions was not served "attention managing agent."**

**A Modified Plan needs to be filed to mark off Section 8d regarding post petition claims.**

**The debtor has failed to file a Pre-confirmation Certification.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/   Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: David Martin, Staff Attorney